# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RICHARD MICKMAN, : No. 178 MAL 2019

         Respondent

                 : Petition for Allowance of Appeal from
                 : the Order of the Superior Court

         v.

ELAINE MICKMAN, :

         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.